ACCEPTED
15-24-00081-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 3:29 PM
CHRISTOPHER A. PRINE
CLERK

Appellee's Oral Argument Exhibit 1

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 3:29:50 PM
CHRISTOPHER A. PRINE
Clerk

# Excerpt from City of Dallas' Request for Attorney General Decision

The requested information is central to active litigation involving the City. An investigation involving Housing & Urban Development ("HUD") relating to the city approval of Low Income Housing tax Credit ("LIHTC") projects is still ongoing. A copy of litigation records, are enclosed as **Exhibit C**.

Attached and marked as **Exhibit B** is responsive information exempt from required disclosure under Section 552.103 of the Act. The requested information is the subject of the pending litigation as it consists of internal communications and City records regarding the events relevant to the lawsuit and allegations raised against the city. The enclosed information is of the kind that would properly be sought in discovery during litigation and has not been obtained by the opposing party to the litigation. For these reasons, the City seeks to withhold the enclosed information from disclosure.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carey Wallick on behalf of Thomas Williams
Bar No. 21578500
carey.wallick@haynesboone.com
Envelope ID: 98752816
Filing Code Description: Exhibit
Filing Description: Exhibit 1- Excerpt from City of Dallas Request for Attorney General Decision
Status as of 3/21/2025 3:55 PM CST

Associated Case Party: KenPaxton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Young | | christian.young@oag.texas.gov | 3/21/2025 3:29:50 PM | SENT |
| Kathy Johnson | | kathy.johnson@oag.texas.gov | 3/21/2025 3:29:50 PM | SENT |
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 3/21/2025 3:29:50 PM | SENT |

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicholas Palmer | | nicholas.palmer@dallas.gov | 3/21/2025 3:29:50 PM | SENT |

Associated Case Party: The Dallas Morning News, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas J.Williams | | thomas.williams@haynesboone.com | 3/21/2025 3:29:50 PM | SENT |
| William ReidPillifant | | reid.pillifant@haynesboone.com | 3/21/2025 3:29:50 PM | SENT |